1
2
3
4
5          UNITED STATES DISTRICT COURT
6          EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| 7  JOHN JUSTIAN STELLMACH,<br>8              Plaintiff,<br>   v.<br>9<br>10 LEONE RINEBOLD, JENNIFER (DRECKMAN) STELLMACH, HENERY RAWSON, CHRIS CULP,<br>11 DAVID STEVENS, ARIAN NOMA, MARIA FITZGERALD, DENNIS<br>12 RABIDEUX, CHARLEENE GROOMES, MARY HORNER,<br>13 MELISSA MACDOUGALL, JASON WARGIN, YODI GODINA, ROBERT<br>14 COLBERT, JAMIE PRESTON, NATHAN PRESTON, A+ BAIL<br>15 BONDS and LLOYD OLBRICHT,<br>16              Defendants. | NO:  2:20-CV-0363-TOR<br><br>ORDER OF VOLUNTARY<br>DISMISSAL WITHOUT PREJUDICE |

17

18      BEFORE THE COURT is Plaintiff's Request for Voluntary Dismissal, ECF

19 No. 12. Plaintiff has not paid the filing fee nor has he been granted *in forma pauperis*

20 status. Plaintiff explains that he has been "made aware that this is not the time to do

ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE -- 1

this," and asks to withdraw his two pending cases. *Id.* Because Defendants have neither filed an answer nor moved for summary judgment, Plaintiff has an absolute right to voluntarily dismiss this case. Fed. R. Civ. P. 41(a)(1)(A)(i).

**ACCORDINGLY, IT IS HEREBY ORDERED:**

All claims and causes of action in this matter are **DISMISSED** without prejudice and without costs or fees to any party.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to Plaintiff, and **CLOSE** the file.

**DATED** November 30, 2020.



THOMAS O. RICE
United States District Judge

ORDER OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE -- 2